JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
peter.s.levitt@usdoj.gov

*Attorney for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00037-CDS-DJA |
| Plaintiff, | |
| vs. | **MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| THEODORE THORP, M.D., | |
| Defendant. | |

      The United States of America by Jason M. Frierson, United States Attorney for the District of Nevada, and Peter S. Levitt, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Theodore Thorp, M.D., contained in the Indictment in case number 2:22-cr-00037-CDS-DJA.

1

1   On October 25, 2022, the United States was provided with a certified copy of
2 Theodore Thorp's death certificate. Accordingly, the United States requests that the
3 Indictment in case number 2:22-cr-00037-CDS-DJA be dismissed without prejudice.
4   DATED this 25th day of October, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Peter S. Levitt*
PETER S. LEVITT
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE THORP, M.D.,<br><br>Defendant. | Case No. 2:22-cr-00037-CDS-DJA<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Theodore Thorp, M.D. contained in the Indictment in case number 2:22-cr-00037-CDS-DJA.

DATED this 1st day of November, 2022.

_____
HON. CHRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE